1

2

3  UNITED STATES DISTRICT COURT

4  NORTHERN DISTRICT OF CALIFORNIA

5  SAN JOSE DIVISION

6

7  QUANERGY SYSTEMS, INC.,

Plaintiff,

8

v.

9

10  VELODYNE LIDAR, INC.,

Defendant.

11

Case No. 16-cv-05251-EJD

**OMNIBUS ORDER RE: ADMINISTRATIVE MOTIONS TO SEAL**

Re: Dkt. Nos. 63, 67, 70, 80

12

13  Before the Court are administrative motions to seal filed by the parties in connection with

14  the parties' claim constructions disclosures and briefing. For the reasons set forth below, the

15  motions are GRANTED.

16  **I.    LEGAL STANDARD**

17  "Historically, courts have recognized a 'general right to inspect and copy public records

18  and documents, including judicial records and documents.'" *Kamakana v. City and Cnty. of*

19  *Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435

20  U.S. 589, 597 & n.7 (1978)). Consequently, access to motions and their attachments that are

21  "more than tangentially related to the merits of a case" may be sealed only upon a showing of

22  "compelling reasons" for sealing. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092,

23  1101-02 (9th Cir. 2016). Filings that are only tangentially related to the merits may be sealed

24  upon a lesser showing of "good cause." *Id*. at 1097. In addition, sealing motions filed in this

25  district must be "narrowly tailored to seek sealing only of sealable material." Civil L.R. 79-5(b).

26  A party moving to seal a document in whole or in part must file a declaration establishing that the

27  identified material is "sealable." Civ. L.R. 79-5(d)(1)(A). "Reference to a stipulation or

28  Case No.: 16-cv-05251-EJD
OMNIBUS ORDER RE: ADMINISTRATIVE MOTIONS TO SEAL

1

protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable." *Id*.

## II. DISCUSSION

The Court has reviewed each of the parties' sealing motions and the declarations submitted in support thereof. The Court finds that the parties have articulated compelling reasons and good cause to seal the submitted documents. The Court's rulings on the sealing requests are set forth in the tables below:

### A. Dkt. No. 63

| Materials to be Sealed | Order |
|---|---|
| Exhibit C to the First Amended Joint Claim Construction and Prehearing Statement | GRANTED as to portions sought to be sealed (p. 21 ll. 12-22). |

### B. Dkt. No. 67

| Materials to be Sealed | Order |
|---|---|
| Exhibit C to the Second Amended Joint Claim Construction and Prehearing Statement | GRANTED as to portions sought to be sealed (p. 21 ll. 12-22). |

### C. Dkt. No. 70

| Materials to be Sealed | Order |
|---|---|
| Velodyne Lidar Inc.'s Opening Claim Construction Brief | GRANTED as to portions sought to be sealed (p. 15 ll. 19-21). |
| Exhibit F to the Declaration of Brett M. Sandford | GRANTED. |

### D. Dkt. No. 80

| Materials to be Sealed | Order |
|---|---|
| Exhibit 1 to Quanergy's Responsive Claim Construction Brief | GRANTED as to portions sought to be sealed (p. 49-50, 53). |

## III. ORDER

For the foregoing reasons, the sealing motions are GRANTED.

**IT IS SO ORDERED.**

Dated: October 4, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 16-cv-05251-EJD
OMNIBUS ORDER RE: ADMINISTRATIVE MOTIONS TO SEAL
2