1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

QUANERGY SYSTEMS, INC.,

Plaintiff,

v.

VELODYNE LIDAR, INC.,

Defendant.

Case No. 5:16-cv-05251-EJD

**PATENT SCHEDULING ORDER**

This case is scheduled for a case management conference on November 16, 2017. Based on the parties' Second Joint Case Management Statement, the court has determined a schedule for the case can be set without the necessity of an appearance at this time. Accordingly, the November 16, 2017 Case Management Conference is VACATED, and

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is January 4, 2018.

IT IS FURTHER ORDERED that the parties shall, in accordance with the terms set forth in the Second Joint Case Management Statement, abide by their proposed modifications to the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge. Any disputes regarding any party's Patent Disclosures—including any request to amend pursuant to Patent L.R. 3-6—are likewise referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cut-off | June 29, 2018 |
| Joint Trial Setting Conference Statement | June 18, 2018 |
| Trial Setting Conference | June 28, 2018 at 11:00 a.m. |
| Designation of Opening Experts with Reports | July 27, 2018 |
| Designation of Rebuttal Experts with Reports | August 24, 2018 |
| Expert Discovery Cutoff | September 21, 2018 |
| Deadline(s) for Filing Discovery Motions | October 12, 2018 |
| Deadline for Filing Dispositive Motions[1] | October 12, 2018 |

IT IS FURTHER ORDERED that the parties shall read and comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Trial Setting Conference Statement and all other pretrial submissions.

IT IS FURTHER ORDERED that the parties shall read and comply with the Standing Order for Patent Cases, a copy of which is available from the Clerk of the Court,[2] with regard to a variety of issues unique to patent cases.

**IT IS SO ORDERED.**

Dated:  November 13, 2017

_____
EDWARD J. DAVILA
United States District Judge

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[2] Judge Davila's standing orders are also available on the court's website at www.cand.uscourts.gov/ejdorders.

Case No.: 5:16-cv-05251-EJD
PATENT SCHEDULING ORDER