UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| QUANERGY SYSTEMS, INC.<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>VELODYNE LIDAR, INC.<br><br>    Defendant and Counterclaim Plaintiff. | Case No. 5:16-cv-05251-EJD<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND STAY PENDING RESOLUTION OF *INTER PARTES* REVIEW PROCEEDINGS |

PURSUANT TO STIPULATION, and good cause showing, this action is STAYED in its entirety until the issuance of final non-appealable decisions in both *Inter Partes* Review Nos. 2018-00255 and 2018-00256. All present deadlines and court dates set by the Court are VACATED. The Clerk shall ADMINISTRATIVELY CLOSE this matter.

While the stay is in effect, Quanergy shall not file claims against Velodyne that Quanergy knew of or had reason to know of when the stay was initially entered and subsequently extended by this Stipulation and Order, Velodyne shall not file claims against Quanergy that Velodyne knew of or had reason to know of when the stay was initially entered and subsequently extended by this Stipulation and Order, and any statutes of limitations applicable to such claims shall be tolled from the date the stay was initially entered until the date the parties provide notice to the Court, as explained below.

The parties shall provide notice to this Court within 10 business days after final non-appealable decisions in both *Inter Partes* Review Nos. 2018-00255 and 2018-00256, and such notice shall inform the Court of the disposition of the same, and inform the Court whether the parties jointly request that this matter be reopened or cannot come to agreement on the matter. Should the parties agree that this matter be reopened, the parties shall jointly request that the Court schedule a joint status conference at the Court's convenience to be conducted no earlier than 60 days after the non-appealable decisions

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

[PROPOSED] ORDER GRANTING JOINT
STIPULATION TO STAY CASE
Case No. 5:16-cv-05251-EJD

have issued.  This Stipulation shall not prevent either party from seeking to reopen this case and lift or extend the stay at any other time should the circumstances warrant.

     IT IS SO ORDERED this <u>11</u> day of June, 2018.

                                          HON. EDWARD J. DAVILA
                                          United States District Judge