United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QUANERGY SYSTEMS, INC., <br> Plaintiff, <br> v. <br> VELODYNE LIDAR USA, INC., <br> Defendant. | Case No. 5:16-cv-05251-EJD <br><br> **THIRD PATENT SCHEDULING ORDER** |

This case is scheduled for a case management conference on April 28, 2022. Based on the parties' Joint Case Management Statement, the Court has determined a schedule for the case can be set without the necessity of an appearance at this time. Accordingly, the April 28, 2022 Case Management Conference is VACATED, and

IT IS HEREBY ORDERED that the Court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is **June 23, 2022**. The parties are instructed to comply with Federal Rule of Civil Procedure 15 in seeking joinder of parties or amendments to the pleadings prior to expiration of the deadline. Amendments sought after the deadline must comply with Federal Rule of Civil Procedure 16.

IT IS FURTHER ORDERED that the parties shall, in accordance with the terms set forth in the Second Joint Case Management Statement (Dkt. No. 100), abide by their proposed modifications to the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure.

1

Case No.: 5:16-cv-05251-EJD
PATENT SCHEDULING ORDER

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge. Any disputes regarding any party's Patent Disclosures—including any request to amend pursuant to Patent L.R. 3-6—are likewise referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
| --- | --- |
| Reopening of fact discovery | May 9, 2022 |
| Deadline to amend pleadings | June 23, 2022 |
| Quanergy to serve narrowed invalidity contentions | July 22, 2022 |
| Fact Discovery Cutoff | December 2, 2022 |
| Joint Trial Setting Conference Statement | October 24, 2022 |
| Trial Setting Conference | 11:00 a.m. on November 3, 2022 |
| Velodyne to serve narrowed identification of asserted claims | December 16, 2022 |
| Designation of Opening Experts with Reports | January 27, 2023 |
| Designation of Rebuttal Experts with Reports | February 24, 2023 |
| Expert Discovery Cutoff | March 24, 2023 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] | April 28, 2023 |

IT IS FURTHER ORDERED that the parties shall read and comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Trial Setting Conference Statement and all other pretrial submissions.

IT IS FURTHER ORDERED that the parties shall read and comply with the Standing Order

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[2] Judge Davila's standing orders are also available on the court's website at www.cand.uscourts.gov/ejdorders.

2

Case No.: 5:16-cv-05251-EJD
PATENT SCHEDULING ORDER

for Patent Cases, a copy of which is available from the Clerk of the Court,[2] with regard to a variety of issues unique to patent cases.

**IT IS SO ORDERED.**

Dated: April 18, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-05251-EJD
PATENT SCHEDULING ORDER

3